UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RAYMOND M. PIERCE,

        Plaintiff,

    v.                          Case No. 07-C-614

UNIVERSITY OF WISCONSIN – MILWAUKEE,

        Defendant.

---

## AMENDED SCHEDULING ORDER

---

        On March 17, 2008, the parties filed a joint stipulation to further extend deadlines for review of discovery and filing of summary judgment motions. The request is for 45 days, indicating the need for more time to allow the pro se plaintiff to complete his review of current discovery and formulate any further requests for same. The court previously granted the defendant an extension of time for good cause, and the current deadline was March 15, 2008.

        Now therefore, based on a showing of good cause, the court hereby GRANTS the motion for extension. Dispositive motions shall be filed no later than **April 29, 2008.** No further requests for extension shall be granted.

        SO ORDERED.

        Dated at Milwaukee, Wisconsin this <u>18th</u> day of March, 2008.

                                              _____
                                              <u>s/AARON E. GOODSTEIN</u>
                                              U.S. Magistrate Judge