# United States District Court
Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**RAYMOND M. PIERCE,**

        **Plaintiff,**

v.                                                                                                      Case No. 07-C-614

**UNIVERSITY OF WISCONSIN-MILWAUKEE,**

        **Defendant.**

[x]     **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the defendant's motion for summary judgment, (Docket No. 27), is **granted**.

**IT IS FURTHER ORDERED** that the complaint and this action in its entirety is **DISMISSED**.

                                        Jon W. Sanfilippo, Clerk of Court
                                        EASTERN DISTRICT OF WISCONSIN

Date:   July 16, 2008                 (By) Deputy Clerk, s/ C. Quinn

                                        Approved this 16th day of July, 2008.

                                        s/AARON E. GOODSTEIN
                                        United States Magistrate Judge